# LINK ATTACHMENTS: VIDEOS/DOCUMENTS

1. Deputy Chad Ogle Body camera video link 7/13/2021

https://drive.google.com/file/d/1uneaFefAWOVumhXN3Jk5xBWbxFPY8ukV/view?usp=sharing

2. Deputy Tim Culotta Body camera video link 7/13/2021

https://drive.google.com/file/d/1ZLsajyv8Fnz_k_VSC9boWeTKULpweBZs/view?usp=sharing

3. Deputy Hunter Cates Body camera video link 7/13/2021

https://drive.google.com/file/d/1R1ZwFI51BBVkZgnaPf5T5WfF3GXdFhpz/view?usp=sharing

4. Deputy Helen Piller Body camera video link 7/13/2021

https://drive.google.com/file/d/1ellSSs3t2sgLPxObfr1nvpy6JQ-YCzmG/view?usp=sharing

5. Alexis Rakun 911 call tape
(minor injury, cares about dogs, wants her property, no gunfire, no active scene)

https://www.dropbox.com/scl/fi/1tlw724xuqhyrkn085ol2/911_2.wav?rlkey=vz0ortg5sry1inmyiel2hvl7k&st=nq04g77k&dl=0

6. Tennessee Bureau of Investigation DNA results on Barret Rakun's knife (no Lee Rakun DNA or fingerprints on knife, no Barret blood on knife)

https://www.dropbox.com/scl/fi/vjd4s00a40kc8bt59ueop/Forensic-Biology-Reports.pdf?rlkey=27irrhodxfv9ziderrd7x5co0&st=5q7jbmv3&dl=0

https://www.dropbox.com/scl/fi/rxie624czttlrbau9c9yj/237528178679981960.png?rlkey=71wuyqi6ltldik5mqi8j6esgb&st=bb6isdvh&dl=0

https://www.dropbox.com/scl/fi/aw0do5nbbfackrl4so4yl/6503643152916698945.png?rlkey=nuqzgld8fddv7n528etmdn85f&st=fiyg48vv&dl=0

7. Barret Rakun EMS video (minimal injuries)

https://www.dropbox.com/scl/fi/ccsqahzqd6uy71qolvj6z/20210713_184832_001.mp4?rlkey=hwfpozmikwwwv7pqgtzn1a516&st=vzycl2oh&dl=0

8. Body camera screenshot of Rakun's basement (no dead dog)

https://www.dropbox.com/scl/fi/0movaoqwdoge9qwzzhzqw/Screenshot_20260114_091921_Gmail.jpg?rlkey=t5nxld1skfl01vek6dqmqpe1g&st=zw16asog&dl=0

9. Snapshots as Ogle confronts Rakun (no shell casings)

https://www.dropbox.com/scl/fi/2owoyhi4pbaws3dck9n4i/8934813458208359517.jpg?rlkey=09h5uybyb1vy0rqrxmyl4dd7f&st=53i07o95&dl=0

https://www.dropbox.com/scl/fi/2nf4a3thwbfsw9x9mdqvd/5300936122766487164.jpg?rlkey=ptse0vpjesqcx3b38n1fhkk4l&st=t4m9n91d&dl=0

https://www.dropbox.com/scl/fi/5tuw9cebymd064h0g9tg5/966142548002610306.jpg?rlkey=i05ctoq46jftsk848xskgzeq0&st=nux1af6r&dl=0

https://www.dropbox.com/scl/fi/srgfm68qw5m6g5kk28436/3331700519440973967.jpg?rlkey=vbypt4rhgtv9kinxru6942b4o&st=si6t0z2g&dl=0

https://www.dropbox.com/scl/fi/89idck2s87mamy3ofggis/Screenshot-532.png?rlkey=r6h85jowdh9tjtevmuvnr7lqs&st=1s3j9x4s&dl=0

https://www.dropbox.com/scl/fi/zao6m2qg5lved6whhum8b/Screenshot-531.png?rlkey=yvpv9xcyqvg3icfz9d7mrln7a&st=w0q1bi39&dl=0

https://www.dropbox.com/scl/fi/ikw69vpdizef2m01k4n28/Screenshot-524.png?rlkey=y2yzcwhc2levetf8pdfnqza0a&st=itnd1ma3&dl=0

https://www.dropbox.com/scl/fi/vng72xskpwzsnokausbwi/Screenshot-525.png?rlkey=k78tvo5q7xrjvwr0b3u3vszy3&st=eu79e35a&dl=0

10. Deputy Cates kicking rifle with his foot screenshots

https://www.dropbox.com/scl/fi/mgbcqpvntx8qu2w28bgnc/6367446682722419545.jpg?rlkey=lj7sozomfpw8f7r0r1lfix2vs&st=9oakfi5v&dl=0

https://www.dropbox.com/scl/fi/4ynggj46h1ehaofx9b3fs/Screenshot-527.png?rlkey=cunq29h3zjhttxkc29uo2ir5q&st=kugzso9v&dl=0

https://www.dropbox.com/scl/fi/nvaqpnyoxf0bq22mvyuzd/Screenshot-528.png?rlkey=cuww0ue3uvoqt3ra16rcnlj59&st=72rysazi&dl=0

https://www.dropbox.com/scl/fi/zmdajfftt7zpw5tdp7nxe/Screenshot-529.png?rlkey=w7p6badp9hzod12vpzt5otf4a&st=2b992yfd&dl=0

11. Deputy Culotta planting bullets and shell casings screenshots

https://www.dropbox.com/scl/fi/46vteuza7suewaakp5vl5/8954723543465460831.jpg?rlkey=x1770fvxgpu0d7i3v0c49cvpb&st=dsso6j7s&dl=0

https://www.dropbox.com/scl/fi/jxd4tenwheu4703gkmsr4/4129560602328144137.jpg?rlkey=oxcn966g37p5rbh8tfwh8lihj&st=wgt2dg2f&dl=0

https://www.dropbox.com/scl/fi/hj18pxczi7oo21jphjzvx/Screenshot-560.png?rlkey=t2vrdklyorht99xs2d86tqeg4&st=tp4tx6v2&dl=0

https://www.dropbox.com/scl/fi/5310xw0m42sqs4tsup2w6/Screenshot-561.png?rlkey=mpyzj9lx9rg4hxo5bhoe7baht&st=qgwn7dkw&dl=0

https://www.dropbox.com/scl/fi/zsj7hup64sc8eecd0oxwd/Screenshot-562.png?rlkey=ppte0bxfgme7t40n6qgp6kijd&st=boovceru&dl=0

12. Police planted bullets/shell casings

https://www.dropbox.com/scl/fi/ba0hx8lrdcc3kithid6af/8366408544190847609.png?rlkey=guawp1l8f96cdwff8jl377yn6&st=z7v396e8&dl=0

https://www.dropbox.com/scl/fi/q4psucxnw69o293p2j8t9/6663619000269564941.png?rlkey=fxponu3xw9h4qhygetch68s6p&st=aahaybdl&dl=0

https://www.dropbox.com/scl/fi/8vvjcb8gm1j00dfcts5sh/5425098754066442558.png?rlkey=lb0jofwsi12o99nr6zl0umxz9&st=gw2izkye&dl=0

https://www.dropbox.com/scl/fi/lg285p0t01xrq5eb33x8z/5367295708104567633.png?rlkey=4582cefs6vlp3y85gvyaggoka&st=wjk0d8ne&dl=0

https://www.dropbox.com/scl/fi/mg9zogqm0ljs0fnt3vwbt/5080623246440676910.png?rlkey=13sksuga6i3gt8l53y3wuygoi&st=iban08xn&dl=0

https://www.dropbox.com/scl/fi/x2ta95g22ecbx4fwi3k05/3869789987346003566.png?rlkey=n7jiduv1a3o0j8d1a8z3in8jk&st=s93m4jte&dl=0

https://www.dropbox.com/scl/fi/9s5269c9iws1808ke8xv8/1299269423004597198.png?rlkey=b78wcpsfwh78kby4mduj0iez5&st=8wlty6um&dl=0

### 13. Illegal Search Warrant of Residence Documents

https://www.dropbox.com/scl/fi/vawrn05ef9sjlrrkdi7y2/Suppression-1.pdf?rlkey=dlymcxvwmr8updrxdytrnpqym&st=9v3ig6om&dl=0

### 14. Safe with valuables seized

https://www.dropbox.com/scl/fi/80i2o98f147cl9fc37olr/8460958884481576582.png?rlkey=pu7u7araes9wkinwqt292fv98&st=yi45q6l5&dl=0